IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. DIVISION

| | |
|---|---|
| Frank A. Skinner<br>     Plaintiff,<br><br>     v.<br><br>United States of America, et.al.:<br>     Defendants | Civil Action No. 05-2237 (RWR)<br>Complaint Support Pursuant to<br>F.R. Civ. P. Rule 8(e) |

### AFFIDAVIT

I, the undersigned, Frank A. Skinner, Federal Reg. No. 02727-025, do hereby apply said Affidavit in connection to the above styled case and stae the following:

1. I am the plaintiff, a federal prisoner confined presentlly at the United States Penitentiary Hazelton in Bruceton Mills, West Virginia.

2. While exercising in the gym of U.S.P. Atlanta, Georgia, I obtained a personal injury to my testicles - groin, leg area -left side.

3. Patient Assistant M. Ittayem under the Bureau of Prisons denied my medical attention twice in the course of five to six months.

4. I filed a Informal Resolution, BP-8 form through Counselor R. Craig who in fact hid the grievance March 16, 2005.

5. When I questioned Assistant Warden Yark during Warden G. Maldonado authority, he stated: "It will be looked into."

6. But on April 14, 2005, I was transferred in retaliation because of prior Washington, D.C. litigation without property, legal materials, etc. to U.S.P. Hazelton. See, DKT. 42 case no. 04-1376 (RWR).

7. I exhausted the Administrative Remedy Procedure against staff at U.S.P. Atlanta and U.S.P. Hazelton; also, complete the Tort Claim 95 form.

8. R.N., D. Boyles responded in verbal conversation to me, laugh "Such matters takes time consuming, I've witness inmates dying in wait."

9. Then Warden Al Haynes denied immediate emergency relief on documented medical treatment.

10. On May 23, 2005, I personally hand Health Care Administrator V. Puri at 11:30 a.m. (lunch time) an Inmate Request to release my Medical Records which received no response or refusal.

11. Because of R.N., D. Boyles comments, I filed a Sensitive COmplaint on him and later, Boyles stopped the application for a walking cane, now that I can barely walk, sit or stand. Remedy I.D. 377822-R1.

12. The Administrative Remedy Coordinator, D. Young blocked the grievance process to this subject. Remedy I.D. 387027-F1.

13. On August 4, 2005, I was escorted by Lieutenant F. Watson and two other guards to the Medical Science Center, West Virginia.

14. Dr. Langley along with Med-intern Student review, stated: "You're in the wrong department, Mr. Skinner, you need to be seen by a urologist, where is your medical file?" Negligence/deliberate indifference.

15. Prison officials refused to release the Medical records for the examination that I required treatment through a urologist.

16. Mid-Atlantic Region Director K. White response were the same inconsistancy on the grievance and tort claim. See Medical records.

-3-

17. Clinical Director Ramirez under B.O.P. Director Harley Laplin listed a ultra-sound contrary to Dr. Langley's conclusion.

18. On October 3, 2005, a National New Law was enacted to charge inmates for medical services.

19. On October 5, 2005, Monogalia General Hospital scheduled an appointment (inwhich I have not received) because I lack finance.

20. On October 21, 2005, I filed a request to the General Counsel. Wanda M. Hunt, Chief, F.O.I.A./PA. Unit to release all relevant information and Medical Records. Attachment 1 - 3.

21. In violation of my constitutional rights by the co-payment plan on or before enacted, the prescribed appointment was cancelled. F.H.C.C.A. of 2000 (P.L. 106-294, 18 U.S.C. §4048).

## DECLARATION

I, _FRANK A. SKINNER_ declare said affidavit under penalty of perjury that the information herein is true and correct to the best of my knowledge. Declaration pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621. Executed at _U.S. PENITENTIARY HAZELTON_ this _11TH_ day of _January_, 2006.

Respectfully Submitted,

Frank A. Skinner
Reg. No. 02727-025
U.S.P. Hazelton
Official P.O. Box 450
Inmate Box 2000
(SkyView)
Bruceton Mills, W.V. 26525

ATTACHMENT 3

Federal Bureau of Prisons
320 First Street, N.W.
Room 843 HOLC Building
Washingtonm D.C. 20534
Attn: FOIA/Privacy Act Office
RE: FOI Request No. **2006-00793**

December 27, 2005

Dear Wanda M. Hunt,
   Chief, FOIA/PA Section
   I requested under 5 U.S.C.§ 552 and § 552a the medical records, all or any letter heads addressed which your office refused to release concerning Tort Claim No. TRT-MXR-2005-03222 pertinent for disclosure on Civil Action No. 05-2237 (RWR). Please comply!

                                                  Sincerely,

                                                  *Frank A. Skinner*
                                                  **Frank A. Skinner**
                                                  Reg. No. 02727-025
                                                  USP-Hazelton
                                                  P.O. Box 2000
                                                  Bruceton Mills, WV 26525



U.S. Department of Justice

Federal Bureau of Prisons     ATTACHMENT 2

Mid-Atlantic Regional Office

10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701

DEC 2 1 2005

Frank Skinner
Reg. No. 02727-25
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Re:   FOI Request No. 2006-00793

Dear Mr. Skinner:

This is in response to your recent letter, requesting copies of Federal Bureau of Prisons records. Specifically, you request a copy of Administrative Tort Claim No. TRT-MXR-2005-03222, filed May 31, 2005, and the response.

We have located 3 pages responsive to your request and have determined that all 3 pages are releasable to you in their entirety.

Sincerely,

Richard W. Schott
Regional Counsel

Enclosure

ATTACHMENT 1

Federal Bureau Of Prisons
320 First Street, N.W.
Room 843 HOLC Building
Washington, D.C 20534
Attn: FOIA/ Privacy Act Office
RE: F.T.C.A. - No. **TRT-MXR-2005-03222**

October 21, 2005

Dear Wanda M. Hunt,
    Chief, FOIA/PA Section

I request under 5 U.S.C.§ 552 and § 552a the copy of the Form 95 Tort Claim filed May 31,2005 to the Mid-Atlantic Regional Office, 10010 Junction Dr. Suite 100 Ammapolis Junction, Md. 20701. The complaint was based on personal injury/medical records. Also, I request all or any letter heads addressed, and the original response **not** received toward denial.

[ Attached is the Certification of Identity ]

Thank You for your consideration

*Frank A. Skinner* (signature)
**Frank A. Skinner**
Reg. No. 02727-025
USP- HAZELTON
Box 2000
Burceton, Mills WV.
                26525

U.S. Department of Justice           **Certification of Identity**           

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _FRANK ADOLPHUS SKINNER JR._

Citizenship Status [2] _(UNITED STATES) AMERICAN_   Social Security Number [3] _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_

Current Address _U.S. PENITENTIARY HAZELTON, BOX 2000/BRUCETON MILLS, WV 26525_

Date of Birth _APRIL 17, 1963_   Place of Birth _ST. LOUIS, MO._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Frank A. Skinner_   Date _October 21, 2005_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016                                                          FORM DOJ-361
EXPIRES 2/29/04                                                                          APR. 01