UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. DIVISION

| | | |
|---|---|---|
| FRANK A. SKINNER | ) | Civil Action No. 05-2237(RWR) |
| Plaintiff, | ) | CIVIL RIGHTS COMPLAINT |
| | ) | pursuant to 28 U.S.C.§§ 1331 and 1346(b) |
| v. | ) | |
| | ) | Bivens/Medical Tort |
| UNITED STATES OF AMERICA, et.al | ) | |
| Defendants, | ) | |
| | ) | |

### MOTION FOR APPOINTMENT OF COUNSEL

Come Now Frank A. Skinner in pro se pursuant to 28 U.S.C.§ 1915(e) request this court in Motion For Appointment Of Counsel and state the following:

1. Plaintiff is not a lawyer and has never been formally trained in the law but believes his case involves some substantial questions of law relating to violations of his rights guaranteed by the Constitution.

2. Plaintiff is indigent and by reasons of his poverty is unable to retain counsel whether or not there is no constitutional right to appoint counsel in civil cases.

3. Plaintiff attached his attempts made for counsel with disputes to investigate crucial facts with conflicting evidence that implicate Dr. P. Das cross-examination will be major proof which merits appointment of counsel.

Further, plaintiff desperately needs the help of a lawyer while enduring the <u>pain</u> or <u>suffering</u> of his injuries to properly analyze and apply the applicable law on federal law to deny medical service. Therefore, the Court can look to the "likelihood

of merit" in dertermining a complicated dispute through professional advocate.

## CONCLUSION

Plaintiff seeks appointment of counsel concerning claims that are complex, factual and legally basis for review, including not limited, order release of medical records to the court in preparing representation.

                                  Respectfully Submitted,

                                  Frank A. Skinner
                                  Reg. No. 02727-025
                                  U.S.P.-Hazelton
                                  Official P.O. Box 450
                                  Inmate Box 2000
                                  (Skyview)
                                  Bruceton Mills, WV 26525
                                  DATE: February 21, 2006

LAW OFFICES
### GAFFNEY & SCHEMBER, P.C.
1666 CONNECTICUT AVE., N.W. SUITE 225
WASHINGTON, DC 20009
(202) 328-2244
FAX (202) 797-2354

MICHAEL J. GAFFNEY
DANIEL M. SCHEMBER*
SUSAN B. DUNHAM
*ALSO ADMITTED MICHIGAN BAR

December 28, 2005

Frank A. Skinner, 02727-025
USP-Hazelton, PO Box 2000
Bruceton Mills, WV 26525
LEGAL MAIL—OPEN ONLY IN
INMATE'S PRESENCE

Dear Mr. Skinner:

  I do not want to represent you in your claim for treatment of your groin injury because there is a high risk that, even if my work were to lead to proper medical treatment, I would receive no payment, or inadequate payment, for my work. Based on review of the papers, it appears that you need to obtain the medical record of the June 2005 examination by Dr. P. Das during which he told you that your groin cord was trapped. Alternatively, you may wish to ask Dr. Das to write a statement saying that in his opinion your groin cord is trapped and stating the treatment he recommends. If you obtained such a statement you could start the grievance process again, attaching that statement and demanding the treatment indicated in the statement.

  I do not want to represent in your claim for money for failure properly to treat your groin injury because of the high risk that the amount you might receive if you won your claim would be too low to pay an appropriate fee for my work.

  Enclosed are the papers I have received concerning your case.

Sincerely,

*Daniel M. Schember* (signature)

Daniel M. Schember