UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-02237-RWR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DECLARATION OF RENÉE BRINKER FORNSHILL**

I, Renée Brinker Fornshill, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August 1995.

2. As an attorney for the Bureau of Prisons, I have access to official records contained in the ordinary course of business for the Bureau of Prisons.

3. A review of these records indicates the Bureau of Prisons does not have an employee by the name of A. W. Yark. Nor are there any records of an employee with the title and name "Asst. Warden Yark."

4. All named defendants, except Bureau of Prisons Director, Harley Lappin, work and reside outside the District of Columbia. Mr. Lappin works in the District of Columbia but resides outside the District.

5. On February 28, 2006, I searched the Sentry computer system in the Central Office of the Bureau of Prisons for all the administrative remedies filed, to date, by
Frank A. Skinner, Reg. No. 02727-028.

6. The only administrative claim filed relevant to this lawsuit was Administrative Remedy # 376789. This claim addressed his concerns regarding the medical care

he received at USP Atlanta. It was exhausted through all three stages of the BOP Administrative Remedy process. There is no record of an administrative claim addressing the co-payment for his medical services or medical care received at USP Hazelton.

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 28th day of March 2006 in Washington, D.C.

/s/
Renée Brinker Fornshill
Assistant General Counsel
Office of General Counsel
Federal Bureau of Prisons