UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANK A. SKINNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>USA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-2237 (RWR) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and re-delegated to me on March 20, 2006, hereby certify that I have read the complaint in Frank A. Skinner v. United States of America, *et al.*, No. 05-2237, and that on the basis of information now available to me with respect to the incidents alleged therein, I find the named federal defendants- Harley Lappin, BOP Director; Mr. Ramirez, BOP Clinical Director; Kim White, BOP Mid-Atlantic Reg. Dir.; G. Maldonado, Warden USP Atlanta; A.W. Yark[1]; Mahmoud Ittayem, Supervisory Physician Assistant USP Atlanta; Richard Craig, Correctional Counselor USP Atlanta; Al Haynes, Warden USP Hazelton; Vandhna Puri Sharma, Health Services Admin. USP Hazelton; and Harold Boyles, Asst. Health Services Admin. USP Hazelton - were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

---

[1] The Federal Bureau of Prisons does not have an employee named A.W. Yark. See Declaration of Renee Brinker-Fornshill.

April 13, 2006                                                /s/
                                                    _____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney
                                                    Chief, Civil Division