UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK A. SKINNER** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2237 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **USA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move for an enlargement of time to file a reply in support of defendants' motion to dismiss pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' reply is currently due April 28, 2006. Defendants request an enlargement of time until May 15, 2006, to file a reply in support of defendants' motion to dismiss.[1]

The grounds for this request for continuance are as follows:

Defendants' counsel primarily assigned to this case has been out of the office on a family medical emergency and is not expected back in the office until May 10, 2006.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.

---

[1] In making this motion for an extension of time, defendants Lappin, Ramirez, White, Maldonado, Yark, Ittayem, Craig, Haynes, Sharma, and Boyles do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

## Certificate of Service

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File a Reply in Support in Defendants' Motion to Dismiss served by first class mail upon *pro se* plaintiff at:

Frank Skinner
#02727-025
Hazelton USP
P.O. Box 450
Inmate Box No. 2000
Bruceton Mills, WV 26525

on this 24th day of March, 2006.

                                                  /s/
                                          JOHN HENAULT, D.C. BAR # 472590
                                          Assistant United States Attorney