UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK A. SKINNER**,<br><br>   **Plaintiff**,<br><br> v.<br><br>**USA**, *et al.*,<br><br>   **Defendants.** | Civil Action No.: 05-2237 (RWR) |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file a reply in support of defendant's motion to dismiss on or before May 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Frank Skinner
#02727-025
Hazelton USP
P.O. Box 450
Inmate Box No. 2000
Bruceton Mills, WV 26525