RECEIVED

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. DIVISON

| | | |
|---|---|---|
| FRANK A. SKINNER         Plaintiff, | ) ) ) | CIVIL ACTION NO.05-2237(RWR) |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, et al.         Defendants, | ) ) | F.R.C.P., Rule 37(a)(4) |

### SANCTIONS AND CONDUCT NOTICE

Plaintiff also move for an order pursuant Federal Rules of Civil Procedure, Rule 37(a)(4) requiring the aforesaid defendants to pay a reasonable sum in expenses for sanctions to obtain this order and notice of conduct and state the following:

1. Refusal in the discovery process had no substantial justification and federal courts reject out of hand claims for burdensomeness not supported why weighing imposed that the court should not permit it. **Natural Resources Defense Counsel v. Curtis,** 189 F.R.D. 4, 13(D.D.C. 1999).

2. Judgment of cost against the United States (**28 U.S.C.§ 2412**) is awarded to prevailing party in any civil action but not ordinarily for attorney fees. The court can give written notification when government attorney's fail in discovery to appropriate heads, offices or agencies.

FRANK A. SKINNER
REG. NO. 02727-025
U.S.P. HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525

Respectfully Submitted

*Frank A. Skinner*

5/12/2006