UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK A. SKINNER** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2237 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **USA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Stay Discovery, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED a stay of all discovery proceedings until this Court rules on defendants' dispositive motion and addresses their entitlement to qualified immunity.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Frank Skinner
#02727-025
Hazelton USP
P.O. Box 450
Inmate Box No. 2000
Bruceton Mills, WV 26525