## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2237 (RWR) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

It is hereby

ORDERED that plaintiff's motions for an extension of time [#16], to compel [#19], and for sanctions [#20] are DENIED WITHOUT PREJUDICE, and it is further

ORDERED that defendants' motion to stay discovery [#21] is GRANTED. The parties shall not engage in discovery until further Order of this Court.

SO ORDERED.

Signed this 2nd day of June, 2006.

/s/
RICHARD W. ROBERTS
United States District Judge