IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. DIVISION

**RECEIVED**
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANK A. SKINNER )
    Plaintiff, )
)
) Civil Action No. 05-2237(RWR)
) Notice of Appeal pursuant to
v. ) F.R.App.P 4(a)
)
)
UNITED STATES OF AMERICA, et.al. )
    Defendants, )
)

## NOTICE OF APPEAL

Plaintiff, Frank A. Skinner in Pro se files his timely Notice of Appeal pursuant to Federal Rule of Appellant Procedure 4(a), for two outstanding motions:

1. Affidavit Rule 56(f) Extension And Order

   [DKT.#16] **Extension Of Time.**

2. Motion To Compel

   [DKT.#19] **Disclosure or Discovery.**

3. Sanctions And Conduct Notice

   [DKT.#20] **Judgment against the United States.**

Further, it is required to proceed In Forma Pauperis on denial orders June 2, 2006 received June 12, 2006.

Respectfully Submitted,

Mr. Frank A. Skinner  6/26/06
Reg. No. 02727-025
USP-Hazelton
Official P.O. Box450
Inmate Box 2000
Bruceton Mills, WV 26525