UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2237 (RWR) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #13] is DENIED.  It is further

ORDERED that defendants' motion to transfer [Dkt. #13] is GRANTED.  This civil action shall be TRANSFERRED to the United States District Court for the Southern District of Illinois.

SO ORDERED.

Signed this 6th day of March 2007.

/s/
RICHARD W. ROBERTS
United States District Judge