# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5186**                                **September Term, 2006**

05cv02237

**Filed On: November 8, 2006**

[1003427]
Frank A. Skinner,
        Appellant

v.

United States of America, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 2/6/07
BY:
ATTACHED: __ Amending Order
           __ Opinion
           __ Order on Costs

**BEFORE:**   Ginsburg, Chief Judge, and Sentelle and Tatel, Circuit Judges

### ORDER

Upon consideration of the motion to dismiss or for summary affirmance; the motion for summary reversal, the opposition thereto, and the reply; the motion for injunctive relief pending appeal (styled "order directing defendants to issue medication"); and the motion for appointment of counsel, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion to dismiss be granted. The district court's denial of appellant's discovery-related requests is not immediately appealable on an interlocutory basis, but may be challenged upon entry of final judgment. See McKesson Corp. v. Islamic Republic of Iran, 52 F.3d 346, 353 (D.C. Cir. 1995). It is

**FURTHER ORDERED** that the remaining motions be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

Per Curiam

By: _____ Deputy Clerk